X FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 2 5 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

CV-23-0053-TUC*JAS-LAB

[I pray] that this letter will reach you in the best of health and greatest of spirits.

My name is Daniel Caple, I am currently at U.S.P Tucson Arizona max federal prison in challenge. I have been in prison since I was 20 years old. I got arested Jan 11 2013, that was ten years ago. I was sentenced in federal courts to 60 months in prison, that is 5 years.

I plead guilty to posession of firearm in furtherence of a crime of violence.

I was sentenced to 300 months that is 25 year mandatory minimum

I plead guilty to posession of firearm in furtherence of a crime of violence.

I was sentenced to 1 month in prison for assault on an officer.

I have been in prison 10 years on a 30 year 1 month prison sentence.

I want to overturn my conviction and go home. May I please file 2241 in Arizona court on civil challensing my conviction against the warden of Arizona prison.

[I love here at Tucson, best prison I've been and I am in a program challenge]

REFERENCE LRCivP 5.4
(Rule Number/Section)

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT

2.

I was sentenced in Eastern District of State of Arkansas 8th circuit. Federal court. Feb 10 2016.

case title, #,

4:13 CR00167-02 JLH
4:15 CR00213-01 JLH

I plead guilty, I never appealed my sentenced. I never went to 8th circuit court of Appeals nor Supream court. The case is closed and Arkansas Federal courts will do nothing to help me. I do not want to spend 20 more years in prison.

May I please file in Arizona Federal court because I am under jurisdiction under Tucson Arizona Federal prison warden. I believe 9th circuit 18.U.S.C Posession of firearm in furtherance of crime of violence does not carrie 5 year and 25 years conviction. I was 20 years old with no criminal history. I want relief under U.S.A vs TAYLOR.

Daniel Cable #27810-009
United States Penitentiary
P.O Box 24550
Tucson Arizona 85734